**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **TATE CLARK,** § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. 1:16-cv-910** |
| § | (State Court No.: D-1-GN-16-002735) |
| **SOUTHWEST AIRLINES COMPANY,** § | |
| Defendant. § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Southwest Airlines Co. ("Defendant" or "Southwest") files this Notice of Removal to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support of this Notice, Southwest would respectfully show:

### STATEMENT OF THE CASE

1. On June 27, 2016, Plaintiff Take Clark ("Clark") filed his Original Petition ("Petition") against Southwest in the 345th Judicial District of Travis County, Texas. The Petition alleges that Southwest violated the Family Medical Leave Act ("FMLA") by interfering with Clark's rights under the FMLA and by retaliating against him for engaging in activity protected by the FMLA. For the reasons that follow, Southwest now removes the case to this court.

### CLARK'S CLAIM PRESENTS A FEDERAL QUESTION

2. This Court has original jurisdiction over this matter by virtue of 28 U.S.C. § 1331 because the matter involves a claim arising under the laws of the United States. Clark seeks relief under the FMLA, a federal law that governs employers' rights and obligations with respect to eligible employees' entitlements to covered medical and family leaves of absence. *See*

Petition, ¶¶ 5.1-5.3.  This action may be removed to this court pursuant to 28 U.S.C. § 1441 because Clark's claim arises under a federal law.

## VENUE

3.     Venue for this action is proper in the Austin Division of the Western District of Texas because this is the district and division in which the state court action is pending.  28 U.S.C. § 1446(a).

## REMOVAL IS TIMELY

4.     Pursuant to 28 U.S.C. § 1446(b), a defendant must file a notice of removal within 30 days after service of the initial pleading if the case stated by the initial pleading is removable.  Southwest was served with Clark's Petition on June 30, 3016.  This notice of removal is filed within 30 days of service and is therefore timely.

## ATTACHMENT OF STATE COURT PLEADINGS

5.     A complete copy of the state court file, including the docket sheet, is submitted as Exhibit A.

## NOTICE OF REMOVAL GIVEN TO STATE COURT

6.     A Notice of Removal to Federal Court is being filed in the 345th Judicial District Court of Travis County, Texas on the date of this filing with the U.S. District Court for the Western District, Austin Division.  A copy of the Notice provided to the state court is attached as Exhibit B.

## JURY DEMAND

7.     Clark demanded a jury in the underlying state court action.

## CONCLUSION

8. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because Clark's claim presents a federal question. This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

WHEREFORE, pursuant to and in accordance with 28 U.S.C. § 1446, Defendant removes this action from the 345th Judicial District of Travis County, Texas, to this Court on this the 27th day of July, 2016.

Respectfully submitted,

/s/ Bruce A. Griggs
Bruce A. Griggs
State Bar No. 08487700
bruce.griggs@ogletreedeakins.com
Daniel A. Verrett
State Bar No. 24075220
daniel.verrett@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Avenue, Ste. 1150
Austin, Texas 78701
512-344-4700
512-344-4701 (Fax)

ATTORNEYS FOR DEFENDANT
SOUTHWEST AIRLINES CO.

## CERTIFICATE OF SERVICE

This is to certify that I have this 27th day of July, 2016, served via email, a true and correct copy of the foregoing document to all counsel as follows:

John F. Melton
The Melton Law Firm, P.L.L.C.
2705 Bee Caves Road, Suite 230
Austin Texas 78746
512.330.0017
512.330.0067
jmelton@jfmeltonlaw.com

/s/ Bruce A. Griggs
Bruce A. Griggs/Daniel A. Verrett